*880
 
 OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 That Court affirmed a judgment of conviction on a guilty plea and a Judge of this Court granted leave to appeal. The only issue relates to the imposition, expressly, in the judgment of the statutory surcharge applicable under since-amended CPL 420.35 (2) and still extant Penal Law § 60.35 (1). The record demonstrates that defendant’s argument, that the trial court failed or even improperly exercised any discretion it may have had, is unpreserved for failure to be raised at nisi prius.
 

 Chief Judge Kaye and Judges Titone, Bellacosa, Smith, Levine, Ciparick and Wesley concur.
 

 Order affirmed in a memorandum.